# ANTHONY S. NOVAK, ESQ.

**CHAPTER 7 BANKRUPTCY TRUSTEE**
**280 Adams Street**
**Manchester, CT 06042-1975**
**(860) 432-7710**
**Telecopier (860) 432-7724**

May 22, 2019

Clerk's Office
U.S. Bankruptcy Court
450 Main Street
Hartford, CT  06103

      **Re:   KENT DONOVAN, JR.**
             **Chapter 7 Bankruptcy Case No. 19-20608**

Dear Case Administrator:

In regard to the above-captioned Estate, it appears that there may be funds available for creditors.  Therefore, I would appreciate it if you could check your records and if no bar date has been set, please set a bar date for filing claims and notice same.

Thank you.

Very truly yours,

 */s/ Anthony S. Novak*
Anthony S. Novak
Chapter 7 Trustee
 Email: anthonysnovak@aol.com